UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
GRAND JURY N-18-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19CR11-KAD |
| v. | VIOLATIONS: |
| DWAYNE JOHNSON, a.k.a. "G," and "Gotti" | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi) (Possession with Intent to Distribute 40 Grams or More of Fentanyl) |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute Cocaine, Cocaine Base and Heroin) |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of Firearm by a Felon) |
| | 18 U.S.C. § 924(c)(1)(A)(i) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) |
| | 21 U.S.C. § 853 (Criminal Forfeiture – Narcotics Offense) |
| | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) (Criminal Forfeiture – Firearms Offenses) |



FILED 2019 JAN -9 P 2:16 U.S. DISTRICT COURT NEW HAVEN, CT.

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute Fentanyl)

1.   On or about June 5, 2018, in the District of Connecticut, the defendant DWAYNE JOHNSON, a.k.a. "Gotti" and "G," did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT TWO
(Possession with Intent to Distribute Cocaine)

2.      On or about June 5, 2018, in the District of Connecticut, the defendant DWAYNE JOHNSON, a.k.a. "Gotti" and "G," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
(Possession with Intent to Distribute Cocaine Base)

3.      On or about June 5, 2018, in the District of Connecticut, the defendant DWAYNE JOHNSON, a.k.a. "Gotti" and "G," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
(Possession with Intent to Distribute Heroin)

4.      On or about June 5, 2018, in the District of Connecticut, the defendant DWAYNE JOHNSON, a.k.a. "Gotti" and "G," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT FIVE
(Unlawful Possession of Firearm by a Convicted Felon)

5.  On or about June 5, 2018, in the District of Connecticut, the defendant DWAYNE JOHNSON, a.k.a. "Gotti" and "G," having been convicted in the Connecticut Superior Court of crimes punishable by a term of imprisonment exceeding one year, namely: (1) Criminal Possession of a Weapon in violation of Connecticut General Statutes Section 53a-217, on or about February 7, 2011; (2) Possession with Intent to Sell a Hallucinogen or Narcotic in violation of Connecticut General Statutes Section 21a-277(a), on or about February 7, 2011; (3) Larceny in the Third Degree in violation of Connecticut General Statutes Section 53a-124, on or about February 7, 2011; (4) Failure to Appear in the First Degree in violation of Connecticut General Statutes Section 53a-172, on or about February 7, 2011; (5) Sale of a Hallucinogen or Narcotic in violation of Connecticut General Statutes Section 21a-277(a), on or about August 18, 2003; (6) Forgery in the First Degree in violation of Connecticut General Statutes Section 53a-138, on or about August 18, 2003; (7) Sale of a Hallucinogen or Narcotic in violation of Connecticut General Statutes Section 21a-277(a), on or about May 4, 1999; and (8) Possession of Narcotics in violation of Connecticut General Statutes Section 21a-279(a), on or about May 4, 1999, did knowingly possess a firearm in and affecting interstate commerce, namely, a Glock Model 30, .45 caliber handgun, bearing serial number KUH700, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT SIX
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

6.  On or about June 5, 2018, in the District of Connecticut, the defendant DWAYNE JOHNSON, a.k.a. "Gotti" and "G," did knowingly possess a firearm, namely, a Glock Model 30, .45 caliber handgun, bearing serial number KUH700, in furtherance of drug trafficking crimes for

which he may be prosecuted in a Court of the United States, namely, the crimes charged in Counts One through Four of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

7. Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Four of this Indictment, the defendant DWAYNE JOHNSON, a.k.a. "Gotti" and "G," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses, including but not limited to $11,806.27 seized from the defendant on or about June 5, 2018.

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearm Offenses)

9.  Upon conviction of either of the firearm offenses charged in Counts Five and Six of this Indictment, the defendant DWAYNE JOHNSON, a.k.a. "Gotti" and "G," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offenses, including but not limited to a Glock Model 30, .45 caliber handgun, bearing serial number KUH700, and all ammunition that were seized from the defendant on or about June 5, 2018.

All in accordance with Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
PATRICIA STOLFI COLLINS
ASSISTANT UNITED STATES ATTORNEY